**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-7966**

RONALD WAYNE LEWIS,

             Plaintiff - Appellant,

     v.

MACHELL BEACH, Medical Doctor, Peninsula Institute for Community; UNITED STATES OF AMERICA,

             Defendants – Appellees,

     and

JOSEPH PENCA, Case Manager,

             Defendant.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. John A. Gibney, Jr., District Judge. (3:10-cv-00731-JRS)

Submitted: March 28, 2013         Decided: April 1, 2013

Before NIEMEYER, KING, and KEENAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Ronald Wayne Lewis, Appellant Pro Se. Jonathan Holland Hambrick, Assistant United States Attorney, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ronald Wayne Lewis appeals the district court's orders denying relief on his complaint filed pursuant to the Federal Tort Claims Act, 28 U.S.C.A. §§ 2671-2680 (West 2006 & Supp. 2012) and Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971). We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. Lewis v. Beach, No. 3:10-cv-00731-JRS (E.D. Va. July 27 & Nov. 6, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

3